Case 1:25-cr-01664-DHU    Document 16    Filed 05/08/26    Page 1 of 1

25cr1664 DHU
DOC 11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
**SUITE 270**
**333 LOMAS BLVD. N.W.**
**ALBUQUERQUE, NEW MEXICO 87102**

OFFICIAL BUSINESS

ALBUQUERQUE NM 870

14 APR 2026 PM 4

FIRST-CLASS

US POSTAGE ᴾᴹ PITNEY BOWES

ZIP 87102  $ 000.74⁰
02 7W
0008034596 APR 14 2026

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 08 2026

MITCHELL R. ELFERS
CLERK

Jacqueline D Flores
Jacqueline D. Flores, Attorney at Law, LLC
NM
1000 2nd Street NW  Albuquerque
Albuquerque, NM 87102, USA

NIXIE        850   FE 1             0005/05/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  87102227470     *0765-10016-14-43