UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 1 2026

MITCHELL R. ELFERS
CLERK

25cr1664 DHU
DOC 13

ALBUQUERQUE NM 870
28 APR 2026 PM 3
FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 87102 $ 000.74⁰
02 7W
0008034596 APR 28 2026

Jacqueline D Flores
Jacqueline D. Flores, Attorney at Law, LLC
NM
1000 2nd Street NW  Albuquerque
Albuquerque, NM 87102, USA

NIXIE      850   DE 1        0005/07/26

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 87102227470    *0565-01406-28-37