# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable David Herrera Urias

**CASE NO.** CR 25-213 DHU AND CR 25-1664 DHU

**DATE:** **11/9/26**

**TITLE:** USA v. Honorio Alba and Lucas Perez

**COURTROOM CLERK:** J. Gonzales **COURT REPORTER:** S. Silva

**COURT IN SESSION:** 10:06-10:21 AM **TOTAL TIME:** 15 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
Shanna Long, Katherine Lewis

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
Nicole Moss

**PROCEEDINGS:**

10:06 A.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

MR. PEREZ AND COUNSEL OF RECORD MR. BORDER AND MS. FLORES ARE NOT PRESENT FOR HEARING.

MS. LONG: REPRESENTS TO COURT EFFORTS TO CONTACT PEREZ COUNSEL.

COURT: QUERIES COUNSEL RE: STATUS OF CASE.

MS. LONG: RESPONDS.

MS. MOSS: REPRESENTS COULD PROCEED TO SENTENCING IN SPRING OF 2027.

COURT: QUERIES USPO SANCHEZ.

USPO SANCHEZ: RESPONDS.

COURT: ANTICIPATES SETTING SENTENCING IN APRIL OF 2027-MAY SET STATUS CONFERENCE A COUPLE OF MONTHS BEFORE SENTENCING TO ENSURE CASE PROCEEDING TO SENTENCING.

10:21 A.M. COURT IN RECESS.