IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. CR No. 25-1664 DHU

LUCAS PEREZ,

Defendant.

**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte*. On October 9, 2026 the Court by Notice of Hearing [Doc. No. 19] set a Status Conference for defendant Lucas Perez on November 9, 2026 at 10:00 a.m., in the Mimbres courtroom. At the appointed date and time defendant and defendant's counsel of Record Dean Border and Jaqueline Flores failed to appear.

Dean Border and Jaqueline Flores are to appear in the Mimbres Courtroom, 4th floor, Pete V. Domenici United States Courthouse to Show Cause why they should not be sanctioned for failure to appear at the Status Conference on November 9, 2026.

IT IS ORDERED that Dean Border and Jaqueline Flores appear before the Court to Show Cause in the Mimbres Courtroom on Tuesday, November 17, 2026 at 1:00 p.m., Mimbres courtroom.

DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE